UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:20mj04041 Reid

UNITED STATES OF AMERICA

vs.

DAVID LEE,

    Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  X  No

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY:   */s/ Stacey Bergstrom*
    STACEY BERGSTROM
    Assistant United States Attorney
    Southern District of Florida
    Court ID No.: A5502614
    99 Northeast 4th Street, 6th Floor
    Miami, Florida 33132-2111
    Telephone: (772) 293-0952
    E-mail: stacey.bergstrom@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:20mj04041 Reid |
| DAVID F. LEE, | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 17, 2020** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Attempted Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lyle LaVertue, FBI Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **FaceTime**

Date: 11/18/2020

_____
*Judge's signature*

City and state: Miami, Florida

U.S. Magistrate Judge Lisette M. Reid
*Printed name and title*

## AFFIDAVIT

I, Lyle LaVertue, first being duly sworn, hereby depose and state the following:

### Introduction

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crime and Fugitive Task Force of the FBI's Miami Division, and have served in the FBI as a Special Agent since January, 2020. I am responsible for conducting investigations into federal crimes, with an emphasis on violent crimes, bank robberies, Hobbs Act robberies, extortion and kidnappings. Prior to becoming a Special Agent, I was employed as a Police Officer with the City of Seattle for a year and a half. Before becoming a Police Officer, I was employed as a United States Border Patrol Agent for approximately 5 years.

2.      I make this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, other Special Agents of the FBI, Task Force Officers assigned to the Violent Crimes Task Force, and other Law Enforcement Officers of other investigative agencies, and my review of records and other evidence obtained during the course of this investigation. This affidavit is made for the purpose of establishing probable cause in support of the arrest of David F. Lee ("LEE") for attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a). As such, I have not included all the facts known to me. Instead, I have set forth only those facts necessary to establish probable cause for the issuance of a criminal complaint against LEE for the above-described criminal violations.

### Facts in Support of Probable Cause

3.      On or about Tuesday, November 17, 2020, at approximately 12:02 p.m., an individual later identified as LEE walked into the Bank of America, a bank whose deposits were

then insured by the Federal Deposit Insurance Corporation ("FDIC"), located at 930 Washington Avenue, in Miami Beach, Florida. LEE approached a female bank teller and handed her a note that read, "All the money please no ink no traceable or marked no violence" (errors in original). When LEE handed her the note, the bank teller became scared and signaled for her manager that the suspect was attempting to rob the bank.

4. Fearing for her safety, the bank teller acted like she did not understand what the note said while LEE waited near the teller window. As LEE continued to wait, the bank teller retreated to the back of the bank, pressed a silent alarm and told coworkers to call 911 to report the robbery in progress. The bank teller looked out towards the front of the bank and saw LEE still standing there. When LEE saw the teller, he said, "Are you going to get me the money or what?" LEE then began to walk out of the bank's front entry doors without taking anything. The incident was captured on the bank's surveillance video.[1]

5. Law enforcement officers from the City of Miami Beach Police Department ("MBPD") responded to the bank while LEE was still inside. As MBPD officers arrived at the front of the bank, uniformed officers observed LEE exiting through the front entry doors. The officers then took LEE into custody without incident. LEE was identified by the bank teller as the man who presented the note to her. Two other witnesses inside the bank also identified LEE as being present at the teller's window during the robbery.

6. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 17, 2020, David F. Lee did knowingly, by intimidation attempt to take from the person and presence of another money belonging to and in the care, custody, control,

---

[1] In the surveillance footage, LEE is seen wearing a sleeveless, bright yellow vest that displays his distinctive arm tattoos. Although he is wearing a cloth face mask over his mouth and nose, the rest of his face is clearly visible.

management and possession of a bank, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NAUGHT

_____
Lyle LaVertue
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me on this 18th day of November, 2020.

_____
THE HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

3