✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| DAVID F. LEE | Case Number: 21-20034-CR-MGC |

| PRESIDING JUDGE<br>Hon. Marcia G. Cooke | PLAINTIFF'S ATTORNEY<br>Stacey Bergstrom | DEFENDANT'S ATTORNEY<br>Leonard P. Fenn |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Ivan Marchena |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Photograph of David F. Lee |
| 2 | | | | | Black pocket knife |
| 3 | | | | | Blue pocket knife |
| 4 | | | | | Can of mace |
| 5 | | | | | FDIC certificate |
| 6 | | | | | FDIC finanical institution structure report |
| 7 | | | | | FDIC branch history report |
| 8 | | | | | Photograph of bank lobby |
| 9 | | | | | CD containing bank surveillance video |
| 10 | | | | | Still image from bank surveillance video |
| 11 | | | | | Demand note |
| 12 | | | | | Known fingerprint standard of David F. Lee |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages