✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DAVID F. LEE

**EXHIBIT AND WITNESS LIST**

Case Number: 21-20034-CR-MGC

| PRESIDING JUDGE<br>Hon. Marcia G. Cooke | PLAINTIFF'S ATTORNEY<br>Stacey Bergstrom | DEFENDANT'S ATTORNEY<br>Leonard P. Fenn |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Ivan Marchena |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Crime Scene Technician Andrea Amy, Miami Beach Police Department |
| | | | | | Miguel Diaz |
| | | | | | Carolin Flores |
| | | | | | Myriam Harrison, Federal Bureau of Prisons |
| | | | | | Certified Latent Fingerprint Examiner Lenett Holbrook, Miami Beach Police Department |
| | | | | | Officer Aneta Kamyczek, Miami Beach Police Department |
| | | | | | Detective Robert Lanier, Miami Beach Police Department |
| | | | | | Matthew La Salle, Federal Deposit Insurance Corporation |
| | | | | | Officer Traci Sierra, Miami Beach Police Department |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages