UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20034-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DAVID F. LEE**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Defendant, David F. Lee's Motion to Compel, entered on December 27, 2022 [ECF No. 340]. No objections to the Report have been filed. The Court has reviewed the Report for clear error and is in full agreement with Judge Damian's comprehensive analysis and recommendations. Therefore, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 340]** is **AFFIRMED AND ADOPTED**. Defendant, David F. Lee's Motion to Compel [ECF No. 287] is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record